# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **DAVID D. TAYLOR** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| **v.** | : | **No. 26-cv-04324-GJP** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## STIPULATION FOR AN EXTENSION OF THE DEADLINE BY WHICH DEFENDANTS MUST RESPOND TO THE COMPLAINT

IT IS HEREBY stipulated and agreed by Plaintiff and the City of Philadelphia, in lieu of executing waivers of service, that the deadline by which Defendants, City of Philadelphia, DET JAMES MERRICK, DET DANIEL O'MALLEY,DET KEVIN GAGE, CAPTAIN DARBY, must answer, move, or otherwise respond to the Complaint is hereby extended to August 24, 2026.

*/s/ Brian Zeiger*
Brian Zeiger, Esq.
1500 JFK Blvd, Suite 620A
Philadelphia, PA  19102
(215) 225-1776
zeiger@levinzeiger.com

*Attorney for Plaintiff*

*/s/ Derek Kane*
Derek Kane, Esquire
Senior Attorney
Pa. Attorney ID No. 316941
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5374
Derek.kane@phila.gov

*Attorney for Defendants*

Dated:  June 29, 2026

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.