**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID TAYLOR,<br>*Plaintiff,*<br>v.<br>CITY OF PHILADELPHIA, et al.,<br>*Respondents.* | CIVIL ACTION<br>NO. 26-4324 |

**ORDER**

**AND NOW**, this 9th day of November, 2026, upon consideration of Defendants' Motion to Dismiss, (Dkt. No. 13), and Plaintiff's Response in Opposition, (Dkt. No. 18), it hereby is **ORDERED** that:

1. Defendants' motion is **GRANTED**.
2. Counts I through V are **DISMISSED without prejudice**.
3. Plaintiff may file a second amended complaint consistent with the accompanying memorandum on or before Monday, **December 7, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.